**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**ALVA MARRIOTT,**

    **Plaintiff,**

**v.**

                                   **Case No.: 6:09-cv-975-Orl-35KRS**

**D & D TRACTOR AND TRUCK
SERVICE, INC., DIANE E. DAVIS, and
DONOVAN G. DAVIS**

    **Defendants.**

_____/

**ORDER**

    **THIS CAUSE** comes before the Court for consideration of Plaintiff's Amended Motion and Memorandum in Support of Request for an Award of Attorney's Fees and Costs (Dkt. 73).  On May 1, 2012, United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation, recommending that the Motion be granted in part and denied in part.  (Dkt. 77).  Judge Spaulding further recommended that the Court awards attorney's fees in the amount of $26,671.40 to Plaintiff.  No objection was filed to the Report and Recommendation, and the deadline to do so has passed.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**ALVA MARRIOTT,**

    **Plaintiff,**

**v.**
                                  **Case No.: 6:09-cv-975-Orl-35KRS**

**D & D TRACTOR AND TRUCK
SERVICE, INC., DIANE E. DAVIS, and
DONOVAN G. DAVIS**

    **Defendants.**

_____/

**ORDER**

    **THIS CAUSE** comes before the Court for consideration of Plaintiff's Amended Motion and Memorandum in Support of Request for an Award of Attorney's Fees and Costs (Dkt. 73).  On May 1, 2012, United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation, recommending that the Motion be granted in part and denied in part.  (Dkt. 77).  Judge Spaulding further recommended that the Court awards attorney's fees in the amount of $26,671.40 to Plaintiff.  No objection was filed to the Report and Recommendation, and the deadline to do so has passed.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).

This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Dkt. 77) is **CONFIRMED** and **ADOPTED** as part of this Order;

2. Plaintiff's Amended Motion (Dkt. 73) is **GRANTED in part and DENIED in part**;

3. The Court awards $26,671.40 in attorney's fees to the Plaintiff;

4. The Clerk is directed to enter judgment in favor of Plaintiff.

**DONE** and **ORDERED** in Orlando, Florida, this 12th day of June 2012.

-3-

/s/ Mary S. Scriven
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party